UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 04 B 25696
  CHARLES OWEN JESTER JR
                                          CHAPTER 13

                                          JUDGE: A. BENJAMIN GOLDGAR
         Debtor
    SSN XXX-XX-1658
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 07/09/04 and confirmed on 09/17/04.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $  38880.00 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| BANK OF AMERICA NA | CURRENT MORTG | .00 | .00 | .00 |
| CHASE MANHATTAN AUTOMOTI | SECURED VEHIC | 14725.00 | 912.85 | 14725.00 |
| CAPITAL ONE FINANCIAL | UNSECURED | 1614.75 | .00 | 1614.75 |
| CAPITAL ONE FINANCIAL | UNSECURED | 2735.75 | .00 | 2735.75 |
| CHASE MANHATTAN AUTOMOTI | UNSECURED | 14885.32 | .00 | 14885.32 |

Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 14725.00 | .00 | 19235.82 | .00 | 33960.82 |
| PRINCIPAL PAID | 14725.00 | .00 | 19235.82 | .00 | 33960.82 |
| INTEREST PAID | 912.85 | .00 | .00 | .00 | 912.85 |
| TOTAL PAID | 15637.85 | .00 | 19235.82 | .00 | 34873.67 |

The Debtor's attorney, PETER FRANCIS GERACI           , was allowed $   2700.00
and was paid $    500.00  direct and $   2200.00  through the plan.

The Trustee received $   1715.10 .

Refunds to the Debtor totaled $     91.23 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


     Dated:  11/12/08                   /S/
                                       GLENN STEARNS
                                       CHAPTER 13 TRUSTEE

```
                            PAGE   2
   CASE NO. 04 B 25696 CHARLES OWEN JESTER JR
```